UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GARY E. BOLTON, SR., | No. 15-cv-4518 LB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | [Re: ECF No. 1] |
| ASIAN SHERIFF OFFICER; MEDICAL DEPARTMENT MARTINEZ HOSPITAL, | |
| Defendants. | |
| _____/ | |

Gary E. Bolton, apparently a pretrial detainee currently held at Napa State Hospital (*see* ECF No. 3), filed this *pro se* civil rights action under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis*. Mr. Bolton has consented to proceed before a magistrate judge. (ECF No. 6.)[1] His complaint is now before the court for review under 28 U.S.C. § 1915A.

The court must dismiss a prisoner's complaint if it determines that the action "is frivolous [or] malicious." 28 U.S.C. § 1915A(b)(1). Section § 1915A(b)(1) is the prisoner analog to 28 U.S.C. § 1915(e), which allows the court to dismiss any *in forma pauperis* complaint if it is, among other things, "frivolous or malicious." The district court may dismiss under § 1915 "a complaint 'that

---

[1] Citations are to the Electronic Case File ("ECF"); pin cites are to the ECF-generated page numbers at the tops of the documents.

15-cv-4518 LB
ORDER

merely repeats pending or previously litigated claims.'" *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995); *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988) (duplicative or repetitious litigation of virtually identical causes of action is subject to dismissal under 28 U.S.C. § 1915 as malicious); *Van Meter v. Morgan*, 518 F.2d 366 (8th Cir. 1975) (dismissal of complaint as frivolous was not an abuse of discretion where plaintiff had filed other similar complaints).

The complaint in this action repeats claims made by Mr. Bolton in *Bolton v. Asian Sheriff Officer*, Case No. 15-cv-4517 LB. Although the complaint is difficult to understand, it is based on the same core set of facts alleged in the earlier case, i.e., a search and seizure on San Pablo Dam Road during which an "Asian Sheriff Officer" detained Mr. Bolton, took his "profit shares" and put him in a "medic van" from which Mr. Bolton escaped. (ECF No. 1 at 2-3.) The court has considered and rejected the possibility that the complaint in this action may have been filed due to an error at the courthouse. First, the complaints in the two cases are both ink originals, have slightly different wording, and came in separate envelopes. Second, Mr. Bolton has sent several letters to the court about these cases, never mentioning that the second complaint was merely a handwritten copy of the first complaint. This action is DISMISSED as frivolous because the claims alleged are duplicative of those raised in the earlier case, i.e., Case No. C 15-4517 LB.

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 8, 2015

LAUREL BEELER
United States Magistrate Judge